**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **TQP DEVELOPMENT, LLC** § § § **Plaintiff,** § § **v.** § **No. 2:12-cv-00190** § **KEMMA TECHNOLOGY, INC.,** § **JURY TRIAL DEMANDED** § **Defendant.** § § | |

## ORDER GRANTING VOLUNTARY DISMISSAL WITHOUT PREJUDICE

In consideration of Plaintiff TQP Development, LLC's filing of a Notice of Voluntary Dismissal Without Prejudice (Doc. No. 17) before an answer or motion for summary judgment has been filed by Defendant Kemma Technology, Inc., ("Kemma"), the Court hereby dismisses all claims in this action against Kemma without prejudice in accordance with Fed. R. Civ. P. 41(a)(1)(A)(i), with each party to bear their own costs, expenses, and attorney's fees.

**It is SO ORDERED.**

**SIGNED this 4th day of September, 2012.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE